IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK FLORENCE, AIS# 260413 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION: 24-0083-JB-MU |
| ) | |
| MOBILE POLICE DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** without prejudice.

**DONE and ORDERED** this 23rd day of August, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE